UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X
JUAN ANARIBA, *individually*
*and on behalf of others similarly situated*      CASE NO: No. 22-cv-07096

*Plaintiff*,

vs.

CEL TECH CONTRACTING CORP.,
*a New York limited liability company,*
and VISHNU SAMAROO, *an individual*,

*Defendants.*
---------------------------------------------------------X

## JUDGMENT

On June 30, 2023, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED and ADJUDGED as follows:

That the Plaintiff, JUAN ANARIBA have judgment against CEL TECH CONTRACTING CORP. and VISHNU SAMAROO, jointly and severally, in the amount of Forty Thousand Dollars ($40,000.00), which is inclusive of attorneys' fees and costs.

Dated:  July 10, 2023

      Brooklyn, New York            BRENNA B. MAHONEY
                                                       CLERK OF COURT

                                                       BY: *Jalitza Poveda*
                                                               Deputy Clerk